No. 71–1315. ALEXANDER ET AL. *v.* VIRGINIA. Sup. Ct. Va. [Certiorari granted, 408 U. S. 921.] Motion of First Amendment Lawyers' Assn. for leave to file untimely brief as *amicus curiae* in support of petitioners granted. Motion of Joel Hirschhorn for leave to participate in oral argument as *amicus curiae* in support of petitioners denied.

No. 72–5038. CHAVEZ ET AL. *v.* FRESHPICT FOODS, INC., ET AL. C. A. 10th Cir. The Solicitor General is invited to file a brief expressing the views of the United States. 

No. 71–1523. HUNT *v.* McNAIR, GOVERNOR OF SOUTH CAROLINA, ET AL. Appeal from Sup. Ct. S. C. Probable jurisdiction noted. 

No. 72–75. GEORGIA ET AL. *v.* UNITED STATES. Appeal from D. C. N. D. Ga. Probable jurisdiction noted.

No. 71–1583. BROWN, SECRETARY OF STATE OF CALIFORNIA *v.* CHOTE. Appeal from D. C. N. D. Cal. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 71–1005. MICHIGAN *v.* PAYNE. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 71–1585. UNITED STATES *v.* RUSSELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.